**SEALED**

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*January 27, 2023*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-23- 159 -M |
| RUBY GARCIA (YOB: 1988) USA | ) | |
| IVAN GARZA (YOB: 1977) USA | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 30, 2022 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with intent to distribute 500 grams or more of methamphetamine a schedule II controlled substance |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA Robert Guerra

/s/ Chandler Lentz
*Complainant's signature*

Chandler Lentz, Special Agent
*Printed name and title*

■ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: 01/27/2023 at 4:40 p.m.

*Judge's signature*

City and state: McAllen, Texas

J. Scott Hacker / US Magistrate Judge
*Printed name and title*

## ATTACHMENT A

On or about August 22, 2022, the Federal Bureau of Investigation (FBI) began an investigation into Ruby GARCIA (GARCIA) based on information that GARCIA was involved with large quantities of narcotics trafficking. At the direction of the FBI, the CHS negotiated with GARCIA, who agreed upon the price of $6,000 USD for two kilograms of methamphetamine.

On August 30, 2022, FBI Special Agents (SA) conducted an undercover operation to purchase of two kilograms of methamphetamine with GARCIA at a location in Hidalgo, Texas. The meeting was covertly recorded by the CHS. During the meeting, the CHS paid $6,000 USD to GARCIA for the purchase of two kilograms of methamphetamine. GARCIA counted the money and place a phone call in the CHS' presence directing an unidentified individual to come to GARCIA's location. Approximately 15 minutes later, and individual later identified as Ivan GARZA (GARZA) entered the location and delivered two kilograms of methamphetamine to the CHS. Whereupon the CHS departed the location.

During the operation, FBI Special Agents (SA) conducting surveillance at the location. While the CHS was inside the location, SAs observed a black Cadillac outside of the residence. A records check confirmed that that Cadillac was registered to GARZA.

SAs met with the CHS at a predetermined location and took possession of the two kilograms of methamphetamine. On or about October 6, 2022, Agents received the laboratory results from the Drug Enforcement Agency (DEA) for the two kilograms of methamphetamine. The methamphetamine was weighed and found to be greater than 500 grams, totaling 1999.4 grams. The laboratory results for the methamphetamine revealed a 97% purity.